MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): HUBERT CARTER | Docket of Case No: 4:17-CR-00242-BP |
| Place of Confinement: LACKAWANNA COUNTY PRISON | Prisoner No: 20220 1871 |
| Movant V. | United States of America |
| HUBERT CARTER | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   WESTERN DISTRICT OF MISSOURY  KANSAS CITY. MO

   (b) Criminal docket or case number (if you know): 4:17-CR-00242-BP

2. (a) Date of the judgment of conviction (if you know): ~~12-07-18~~

   (b) Date of sentencing: 12-07-2018

3. Length of sentence: 180 MONTHS

4. Nature of crime (all counts): 924E  9226  ACCA

5. (a) What was your plea: (Check one)
   (1) Not guilty    (2) Guilty    (3) Nolo contendere (no contest)

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

1

6. If you went to trial, what kind of trial did you have? (Check one)     Jury     Judge Only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes     No

8. Did you appeal from the judgment of conviction?     (Yes)     No

9. If you did appeal, answer the following:
   (a) Name of court: US Court of Appeals 8TH CIR.
   (b) Docket or case number (if you know): 18-3719
   (c) Result: DENIED / AFFIRMED
   (d) Date of result (if you know): 2-19-20
   (e) Citation of the case (if you know): ___
   (f) Grounds raised: 6TH AMENDMENT VIOLATION DIFFERENT OCCATIONS

   (g) Did you file a petition for certiorari in the United States Supreme Court?     (Yes)     No
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 18-3719
   (2) Result: DENIED
   (3) Date of result (if you know): 6-22-2020
   (4) Citation to the case (if you know): ___
   (5) Grounds raised: SAME AS IN APPEAL

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    (Yes)     No

11. If your answer to Question 10 was "Yes," give the following information:
    (a)(1) Name of court: CIRCIUT COURT WESTEREN DISTRICT MISSOURI
    (2) Docket of case number (if you know): DOCKET - 60

2

(3) Date of filing (if you know): DEC 12, 2022

(4) Nature of the proceeding: PRO SE MOTION to REVIEW PLAIN ERROR

(5) Grounds raised: Uniform Definition generic Offences MATHIS CLAIM

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes  (No)

(7) Result: DENIED WITHOUT PREJUDICE

(8) Date of result (if you know): FEB 3, 2023

(b) If you file any second motion, petition, or application, give the same information:
(1) Name of court: WESTERN DISTRICT MD. CIRCUIT COURT

(2) Docket of case number (if you know): ~~ ~~ DOCKET # 63

(3) Date of filing (if you know):

(4) Nature of the proceeding: INTER ALIA

(5) Grounds raised: TO gRANt fIRSt motion for goverment not opposing pRIOR motion

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes  (No)

(7) Result: DENIED

(8) Date of result (if you know): FEB 3, 2023

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition    Yes   (No)
(2) Second petition   Yes   (No)

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: I WAS not GIVING tHE oppertunity to APPEAl BECAUSE tHE motion WAS not A pRopeR vERtICAl to ~~ ~~ ARGUE tHE motion

3

Case 4:23-cv-00171-BP   Document 1   Filed 03/10/23   Page 3 of 11

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: IMPROPER SENTENCE UNDER A.C.C.A.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): MY PRIOR STATE OFFENCES ARE NOT ACCA PREDICATES. AND THEY WERE USED TO GIVE ME 15 YEARS

(b) **Direct Appeal of Ground One:**
(1) If you appealed from the judgment or conviction, did you raise this issue?
Yes  (No)

(2) If you did not raise this issue in your direct appeal, explain why: BECAUSE I DID not FILE MY APPEAL. A DIFFERENT LAWYER FILED IT.

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes  (No)

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes  No

4

(6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:_____

   _____

   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):_____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: BECAUSE MY LAWYER REFUSED TO RAISE THIS ISSUE. I EVEN FILED 2 PRO SE MOTION TO TRY HAVE THIS ATTORNY REMOVED BECAUSE SHE REFUSED TO RAISE THESE ISSUES

GROUND TWO: INEFFECTIVE COUNSEAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): MY LAWYER REFUSE TO RAISE THE A.C.CA PREDICATES AT ALL EVEN THOUGH A NEW CASE WAS DECIED IN MY CIRCUIT

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes   (No)

   (2) If you did not raise this issue in your direct appeal, explain why: AT THE TIME I DID NOT UNDERSTAND THE ASPECTS OF THAT PART OF THE LAW. I AM NOT A LAWYER AND I HAVE NO TRAINING IN LAW

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes   (No)

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

5

Case 4:23-cv-00171-BP   Document 1   Filed 03/10/23   Page 5 of 11

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes    No

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes    No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
    Yes    No

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: At the TIME I DID not Know THAT I could FILE. I AM not A LAWYER AND HAVE no tRAINING IN LAW.

GROUND THREE: INEFFECTIVE Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): MY APPEAL ATTORNY REFUSE to fILE APPEAL ON A MATHES CLAIM. HE FILED ON OTHER GROUNDS THAT HAD BEEN ARGUED AND DENIED IN OTHER CASES

6

**(b) Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
  Yes    (No)

  (2) If you did not raise this issue in your direct appeal, explain why: BECAUSE I DID not KNOW At tHE TIME I COUlD I AM not A LAWYER AND HAVE NO TRAINING IN LAW

**(c) Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes    (No)

  (2) If your answer to Question (c)(1) is "Yes", state:
  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes    No

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes    No

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
    Yes    No

  (6) If your answer to question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket case number (if you know): _____

  Date of the court's decision: _____

  Result: (attach a copy of the court's opinion or order if available): _____

7

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____

**GROUND FOUR:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____

(b) **Direct Appeal of Ground Four:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
        Yes     No

    (2) If you did not raise this issue in your direct appeal, explain why:_____

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes     No

    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:_____
    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes     No

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes     No

8

Case 4:23-cv-00171-BP   Document 1   Filed 03/10/23   Page 8 of 11

(d) At sentencing:_____

(e) On appeal:_____

(f) In any post-conviction proceeding:_____

(g) On appeal from any ruling against you in a post-conviction proceeding:_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes    No

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes    No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____

    (b) Give the date of the other sentence was imposed:_____

    (c) Give the length of the other sentence:_____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes    No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below) At the time I was being housed at f.C.I. Yazoo, MS, and the Covid-19 virus was running a muck and we were not allow out of our cell and I had no access to law matiral. Then I was transfered to f.C.I. Bennettsville, SC and still we were not allowed access to law materil. Then I was transfered to f.C.I. Schuikyl, PA and just started to get information

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief: VACATE RESENTENCE OR SET ASIDE AND BE SENTENCED WITH OUT ACCA ENHANCMENTS

or any other relief to which movant is entitled.

Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on @ 3, 5, 2023 _____ (month, date, year).

Executed (signed) on 3-5-2023 (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

11

**Name:** HUBERt CARtEE 202201871
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

**CONTENTS MAILED FROM CORRECTIONAL FACILITY**

RECEIVED
2023 MAR 10 PM 12:03
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

CLERK, UNitED States District court
for the Western District of MISSOURi
400 E NiNTH St
KANSAS CiTY, MO
64106#2600 0015

